UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES BLANCHARD,

        Plaintiff,                           Case No. 11-12595

v.                                     Hon. John Corbett O'Meara

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Laurie J. Michelson's March 16, 2012

Report and Recommendation.  Being fully advised in the premises and having fully reviewed the

entire record, the Court finds that the Magistrate Judge has reached the correct conclusion in the

Report and Recommendation.  Accordingly,

IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED in its

entirety as the Court's findings and conclusions.


                                  s/John Corbett O'Meara
                                  United States District Judge
Date:  April 25, 2012


I hereby certify that a copy of the foregoing document was served upon counsel of record
on this date, April 25, 2012, using the ECF system.


                                  s/William Barkholz
                                  Case Manager